

NUMBER 13-08-00323-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

DELIA GORENA, APPELLANT,

v.

BETRESSA BLACKWELL AND
JESSICA LYNN BLACKWELL, APPELLEES.

---

On Appeal from the 36th District Court
of San Patricio County, Texas.

---

# MEMORANDUM OPINION

**Before Justices Yanez, Garza and Vela
Memorandum Opinion Per Curiam**

Appellant, Delia Gorena, perfected an appeal from a judgment rendered against her in favor of appellee, Betressa Blackwell and Jessica Lynn Blackwell. On August 26, 2008, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on June 5, 2008, and that the district clerk, Laura Miller, had notified this

Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b).


PER CURIAM


Memorandum Opinion delivered and filed
this the 16th day of October, 2008.